NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ABBOTT GMBH & CO. KG,**

*Plaintiff-Appellee,*

v.

**YEDA RESEARCH AND DEVELOPMENT CO., LTD.,**
*Defendant-Appellant.*

---

2010-1444

---

Appeal from the United States District Court for the District of Columbia in 00-CV-1720, Judge Ricardo M. Urbina.

---

**ON MOTION**

---

**ORDER**

Abbott GmbH & Co. KG submits a notice of election pursuant to 35 U.S.C. § 141.

Because this appeal seeks review of a decision of the United States District Court for the District of Columbia, and not the Board of Patent Appeals and Interferences, it appears that the provisions of section 141 do not apply.

Accordingly,

IT IS ORDERED THAT:

The submission will be placed in the file without further response.

FOR THE COURT

SEP 2 0 2010

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  James R. Ferguson, Esq.
     Roger L. Browdy, Esq.

s17

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 0 2010

JAN HORBALY
CLERK